CHEVY CHASE DAIRY, Inc., a Corporation, Appellant, v. Otho MULLINEAUX, Jr., an Infant, by Otho Mullineaux, His Father and Next Friend.

No. 5925.

Court of Appeals of the District of Columbia.
Decided May 28, 1934.

Stanley H. Fischer, Leroy S. Bendheim, and Norman Fischer, all of Washington, D. C., for appellant.

James A. O'Shea, John H. Burnett, and Alfred Goldstein, all of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, HITZ, and GRONER, Associate Justices.

HITZ, Associate Justice.

This case is governed by Chevy Chase Dairy, Inc., v. Mullineaux, 63 App. D. C. 259, 71 F.(2d) 982, and for the reasons therein stated the judgment herein is affirmed, with costs.

Affirmed.